FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0418

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RYAN CLINTON BLOOMER,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 24, 2024, within which to prepare, file, and serve its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2024